<partyblock>

The People of the State of New York,

against

Kerry Garris, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Daniel P. FitzGerald, J.), rendered July 13, 2016, after a nonjury trial, convicting him of attempted petit larceny, and imposing sentence.

Per Curiam.

Judgment of conviction (Daniel P. FitzGerald, J.), rendered July 13, 2016, affirmed.

The accusatory instrument charging attempted petit larceny (see Penal Law  110.00/155.25) was not jurisdictionally defective. Defendant's larcenous intent is reasonably inferred from allegations that he "place[d] his hand inside a handbag being carried" by the victim and did "take a wallet out of the handbag" (see People v Smith, 140 AD2d 259, 260-261 [1988], lv denied 72 NY2d 924 [1988]; see also People v Jennings, 69 NY2d 103, 118 [1986]; Harrison v People, 50 NY 518, 523 [1872]).

Viewing the evidence in the light most favorable to the People and giving them the benefit of every reasonable inference, defendant's guilt of attempted petit larceny was proven beyond a reasonable doubt and the verdict was not against the weight of the evidence (see People v Robinson, 225 AD2d 399, 400 [1996], lv denied 88 NY2d 884 [1996]). There is no basis for disturbing the court's credibility determinations. The credited testimony established that when defendant placed his hand inside the victim's handbag, grabbed her wallet and began removing it from the handbag, he acted with the requisite larcenous intent, notwithstanding that defendant released the wallet back into the bag when he tripped and tried to avoid falling (see Harrison v People, 50 NY at 523; Matter of Reinaldo O., 250 AD2d 502, 503 [1998], lv denied 92 NY2d 809 [1998]; People v Smith, 140 AD2d at 261).

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

I concur I concur I concur

Decision Date: November 27, 2017

<form method="LINK" action="../../slipidx/at_1_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>